974 So.2d 1126 (2008)
Byron FLOYD, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-776.
District Court of Appeal of Florida, Third District.
January 23, 2008.
Rehearing Denied March 10, 2008.
Byron Floyd, in proper person.
Bill McCollum, Attorney General, and Douglas J. Glaid, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and RAMIREZ, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).